| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | STROOCK & STROOCK & LAVAN LLP<br>JULIA B. STRICKLAND (State Bar No. 83013)<br>STEPHEN J. NEWMAN (State Bar No. 181570)<br>BRIAN C. FRONTINO (State Bar No. 222032)<br>JEFFREY B. BELL (State Bar No. 269648)<br>2029 Century Park East<br>Los Angeles, CA  90067-3086<br>Telephone:  310-556-5800<br>Facsimile:  310-556-5959<br>Email: lacalendar@stroock.com |

APPROVED
Judge Jacqueline Scott Corley

Attorneys for Defendant
  TRANS UNION LLC

Dated:  November 15, 2012

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN DOUGLAS LARSON, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TRANS UNION, LLC,<br><br>　　　　　　Defendant. | Case No. 3:12-cv-05726<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TRANS UNION LLC TO RESPOND TO INITIAL COMPLAINT**<br><br>[Assigned to the Hon. Jacqueline Scott Corley] |

LA 51599805

WHEREAS, on September 12, 2012, plaintiff Sergio Ramirez ("Plaintiff") filed a class action complaint (the "Complaint") against Trans Union LLC ("TransUnion") in the Superior Court of California for the City and County of San Francisco;

WHEREAS, on October 8, 2012, Plaintiff served TransUnion with the Summons and Complaint and, on November 7, 2012, TransUnion removed the action to this Court pursuant to the Class Action Fairness Act;

WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c), TransUnion must answer or otherwise respond to the Complaint by November 14, 2012;

WHEREAS, pursuant to Local Rule 6-1(a), parties may stipulate in writing, without court order, to extend the time within which to answer or otherwise respond to the complaint, provided the change will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the parties have agreed to extend the deadline for TransUnion to answer or otherwise respond to the Complaint to and including November 19, 2012;

WHEREAS, the extension proposed herein will not alter the date of any event or any deadline already fixed by Court order;

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that TransUnion's time to answer or otherwise respond to the Complaint is extended to and including November 19, 2012.

Dated: November 14, 2012        STROOCK & STROOCK & LAVAN LLP
                                JULIA B. STRICKLAND
                                STEPHEN J. NEWMAN
                                BRIAN C. FRONTINO
                                JEFFREY B. BELL


                                By:      /s/ Jeffrey B. Bell
                                            Jeffrey B. Bell

                                Attorneys for Defendant
                                    TRANS UNION LLC


**[Signatures continue on next page]**

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

Dated:  November 14, 2012                    ANDERSON, OGILVIE & BREWER, LLP
                                             ANDREW J. OGILVIE
                                             CAROL MCLEAN BREWER


                                             By:        /s/ Andrew J. Ogilvie
                                                         Andrew J. Ogilvie

                                             Attorneys for Plaintiff
                                                Brian Douglas Larson


   I, Jeffrey B. Bell, attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  November 14, 2012                               /s/ Jeffrey B. Bell
                                                         Jeffrey B. Bell

LA 51599805

- 2 -

STIPULATION TO EXTEND TIME FOR DEFENDANT TRANS UNION LLC TO
RESPOND TO INITIAL COMPLAINT
Case No. 3:12-cv-05726

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2012, a copy of the foregoing **STIPULATION TO EXTEND TIME FOR DEFENDANT TRANS UNION LLC TO RESPOND TO INITIAL COMPLAINT** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

/s/ Jeffrey B. Bell
Jeffrey B. Bell

LA 51599805