# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Brian Douglas Larson

Plaintiff(s),

v.

Trans Union, LLC

Defendant(s).

Case No: 3:12-cv-05726- JSC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, John Soumilas, an active member in good standing of the bar of Commonwealth of PA, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Brian Douglas Larson in the above-entitled action. My local co-counsel in this case is Andrew J. Ogilvie, Esquire, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 100 S. Broad Street, 19th Floor<br>Land Title Bldg., Phila, PA 19110 | 600 California Street, 18th Floor<br>San Francisco, CA 94108 |
| MY TELEPHONE # OF RECORD:<br>(215) 735-8600 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 651-1952 |
| MY EMAIL ADDRESS OF RECORD:<br>jsoumilas@consumerlawfirm.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>andy@aoblawyers.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 84527.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 11/30/12

John Soumilas
APPLICANT

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John Soumilas is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 6, 2012

Jacqueline S. Corley
UNITED STATES DISTRICT/MAGISTRATE JUDGE