UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DOUGLAS LARSON, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>   vs.<br><br>TRANS UNION, LLC,<br><br>   Defendant. | Case No.: 12-cv-05726-YGR<br><br>**ORDER CONTINUING JUNE 25, 2013 HEARING ON MOTION TO DISMISS** |

The Court hereby **CONTINUES** the hearing on Defendant's Motion to Dismiss from June 25, 2013 to July 8, 2013 at 2:00 p.m.

**IT IS SO ORDERED**.

Date: June 20, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**