STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
STEPHEN J. NEWMAN (State Bar No. 181570)
BRIAN C. FRONTINO (State Bar No. 222032)
JASON S. YOO (State Bar No. 261114)
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone:  310-556-5800
Facsimile:  310-556-5959
Email: lacalendar@stroock.com

Attorneys for Defendant
  TRANS UNION LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN DOUGLAS LARSON, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>TRANS UNION, LLC,<br><br>    Defendant. | Case No. 12-cv-05726-WHO<br><br>[Assigned to the Hon. William H. Orrick]<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TRANS UNION LLC TO RESPOND TO AMENDED COMPLAINT** |

WHEREAS, on January 15, 2014, Plaintiff Brian Douglas Larson ("Larson") filed his Amended Complaint;

WHEREAS, Defendant Trans Union LLC ("TransUnion") must answer or otherwise respond to the Amended Complaint by January 29, 2014;

WHEREAS, the parties have agreed to extend the date by which TransUnion must respond to the Amended Complaint by answer, motion or otherwise to February 13, 2014;

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that:

1. The deadline for TransUnion to respond to the Amended Complaint by answer, motion or otherwise is extended from January 29, 2014 to, and including, February 13, 2014;

2. If TransUnion files a motion to dismiss the Amended Complaint, then the deadline for Larson's opposition shall be March 6, 2014 and the deadline for TransUnion's reply shall be March 20, 2014.

IT IS SO STIPULATED.

-1-
STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT
Case No. 12-cv-05726-WHO

LA 51720020

Dated: January 17, 2014             STROOCK & STROOCK & LAVAN LLP
                                    JULIA B. STRICKLAND
                                    STEPHEN J. NEWMAN
                                    BRIAN C. FRONTINO
                                    JASON S. YOO


                                    By:      */s/ Stephen J. Newman*
                                                  Stephen J. Newman

                                    Attorneys for Defendant
                                      TRANS UNION LLC


Dated: January 17, 2014             ANDERSON, OGILVIE & BREWER, LLP
                                    ANDREW J. OGILVIE
                                    CAROL MCLEAN BREWER

                                    FRANCIS & MAILMAN, P.C.
                                    JOHN SOUMILAS


                                    By:        */s/ John Soumilas*
                                                   John Soumilas

                                    Attorneys for Plaintiff
                                      BRIAN DOUGLAS LARSON

I, Stephen J. Newman, attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 17, 2014                        */s/ Stephen J. Newman*
                                                  Stephen J. Newman

-2-
STIPULATION AND ORDER SETTING BRIEFING SCHEDULE
Case No. 12-cv-05726-WHO

LA 51720020

# ORDER

**PURSUANT TO STIPULATION, as modified below, IT IS HEREBY ORDERED THAT:**

1. The deadline for TransUnion to respond to the Amended Complaint by answer, motion or otherwise is extended from January 29, 2014 to, and including, February 13, 2014;

2. If TransUnion files a motion to dismiss the Amended Complaint, then the deadline for Larson's opposition shall be March **5**, 2014 and the deadline for TransUnion's reply shall be March **19**, 2014. The hearing shall be noticed for **April 2**, 2014.

3. A Case Management Conference will be held in Courtroom 2 at 2 p.m. on Tuesday, **February 18**, 2014 for the purpose of setting the trial and other relevant case management dates. A further Joint Case Management Report with a proposed case management schedule shall be filed no later than **February 12**, 2014.

**IT IS SO ORDERED.**

Dated: January 21, 2014

_____
Hon. William H. Orrick
United States Magistrate Judge

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE
Case No. 12-cv-05726-WHO

LA 51720020