1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 83013)
2  STEPHEN J. NEWMAN (State Bar No. 181570)
   BRIAN C. FRONTINO (State Bar No. 222032)
3  JASON S. YOO (State Bar No. 261114)
   2029 Century Park East
4  Los Angeles, CA  90067-3086
   Telephone:  310-556-5800
5  Facsimile:  310-556-5959
   Email: lacalendar@stroock.com
6
   Attorneys for Defendant
7    TRANS UNION LLC

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                    **SAN FRANCISCO DIVISION**
11

12 | BRIAN DOUGLAS LARSON, on behalf of himself and all others similarly situated, | ) | Case No. 12-cv-05726-WHO
13 | | ) | [Assigned to the Hon. William H. Orrick]
14 | Plaintiff, | ) | **STIPULATION AND ORDER EXTENDING TIME FOR SUBMISSION OF JOINT CASE MANAGEMENT STATEMENT**
15 | v. | ) |
16 | TRANS UNION, LLC, | ) |
17 | Defendant. | ) |
18 | | ) |

STIPULATION AND ORDER EXTENDING TIME TO
SUBMIT JOINT CASE MANAGEMENT STATEMENT
Case No. 12-cv-05726-WHO

LA 51727975

WHEREAS, the parties are scheduled to attend a Case Management Conference before this Court on February 18, 2014;

WHEREAS, a Joint Case Management Statement is due February 12, 2014;

WHEREAS, due to inclement weather conditions affecting Plaintiff's counsel in Philadelphia, Pennsylvania, the parties have agreed to extend the time to submit a Joint Case Management Statement from February 12, 2014 to February 14, 2014;

WHEREAS, this Stipulation is made in good faith and without purposes of delay;

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that:

1. The parties shall file a Joint Case Management Statement no later than February 14, 2014.

IT IS SO STIPULATED.

Dated: February 12, 2014

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
BRIAN C. FRONTINO
JASON S. YOO

By: */s/ Stephen J. Newman*
Stephen J. Newman

Attorneys for Defendant
TRANS UNION LLC

Dated: February 12, 2014

ANDERSON, OGILVIE & BREWER, LLP
ANDREW J. OGILVIE
CAROL MCLEAN BREWER

FRANCIS & MAILMAN, P.C.
JOHN SOUMILAS

By: */s/ John Soumilas*
John Soumilas

Attorneys for Plaintiff
BRIAN DOUGLAS LARSON

I, Stephen J. Newman, attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 12, 2014

*/s/ Stephen J. Newman*
Stephen J. Newman

LA 51727975

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  February 13, 2014



_____
Hon. William H. Orrick
United States Magistrate Judge