UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DOUGLAS LARSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRANS UNION , LLC,<br><br>　　　　Defendant. | Case No. 12-cv-05726-WHO<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO EXTEND DEADLINE TO COMPLETE DISCOVERY AND PLAINTIFF'S DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION**<br><br>Re: Dkt. No. 54 |

　　　　The parties filed a Stipulation on September 24, 2014, to continue the case management deadlines they had proposed, and the Court had ordered, at the Case Management Conference on February 18, 2014. Dkt. No. 54. They did not attempt to establish good cause: "various scheduling conflicts and vacation plans" are not a sufficient excuse for delay, particularly given the length of the continuance sought by the parties for a case that was removed to this Court on November 7, 2012. There is no showing in the Stipulation or on the docket of any work that the parties have done to date in discovery to prepare this case for the class certification motion.

　　　　There is no reason why this case should not be tried within three years of its arrival in this Court. Regrettably, I did not notice the Stipulation until today, so I will adjust the schedule somewhat because of my tardiness in addressing it. I will also set the matter for trial. The new schedule is:

　　　　Last day to amend pleadings:  November 7, 2014

　　　　Completion of class certification discovery:  December 5, 2014

　　　　Motion for class certification filed by:  January 14, 2015

　　　　Opposition:  February 4, 2015

1  Reply:  February 18, 2014

2  Class certification hearing: March 4, 2015

3  Merits fact discovery closed:  July 29, 2015

4  Expert disclosure:  July 29, 2015

5  Rebuttal expert disclosure:  August 14, 2015

6  Expert discovery closed:  September 2, 2015

7  Last day for hearing on dispositive motions:  September 2, 2015

8  Pretrial conference:  October 26, 2015

9  Trial: November 30, 2015

In light of this Order I VACATE the further case management conference set for January 13, 2015.

**IT IS SO ORDERED**.

Dated: October 21, 2014

_____
WILLIAM H. ORRICK
United States District Judge