# EXHIBIT 1



your order    your account    help    logout

| welcome | credit report | score | security freeze | 3 in 1 report | ID fraud watch | debt analysis | savings source |

**FAQ**

How do I later get a copy of this receipt?

## Thank you for your order.

**Please print a copy of this receipt for your records and <u>continue to the next step</u>.**

| Order Date | Order Number |
| --- | --- |
| October 26, 2011 | 13342FD2F69836 |

| Order Detail | Price |
| --- | --- |
| Free Personal Credit Report | Free |
| | Total $0.00 |

| Payment | Amount |
| --- | --- |

**NEXT**

your order | your account | privacy | help | terms of use | logout
©Copyright 2011 TransUnion, LLC. All Rights Reserved.

LARSON    0001

 TransUnion

your products    your account    help    logout

| welcome | credit report | score | security freeze | 3-in-1 report | credit monitoring | debt analysis | learning center | savings source |

transunion credit report    report an inaccuracy    consumer rights

# Personal Credit Report

**BRIAN DOUGLAS LARSON**
**Source: TransUnion**

October 26, 2011
Available until November 25, 2011

Get Instant Message Updates
About Your Credit Report

- **Alerts you to possible fraud**
- **Sent to your desktop**
- **No need to check email**

Free downloadable application
Learn more >>

**Capital One** 
Card Offers

**Erase Debt** 
Low Payments

**Compare 0%** 
Credit Cards

 Display a printer friendly version
Found an inaccuracy? Click to learn about correcting

–Begin Credit Report–

## Personal Information

File Number: 312163307

| | |
|---|---|
| **Name:** | BRIAN DOUGLAS LARSON |

You have been on our files since 02/01/1986

**SSN:** XXX-XX-5654
**Date of Birth:** ▮▮▮▮
**Telephone:** 300-3547
Your SSN is partially abbreviated for your protection.

## CURRENT ADDRESS

**Address:** ▮▮▮▮▮▮▮▮▮▮
**Reported:** 10/26/2011

## OTHER ADDRESSES

**Address:** ▮▮▮▮▮▮▮▮▮▮
**Reported:** 12/01/2009

## EMPLOYMENT DATA REPORTED

| | |
|---|---|
| **Employer Name:** | PIZZA HUT |
| **Date Reported:** | 10/01/1995 |
| **Employer Name:** | THRIFTYS |
| **Date Reported:** | 09/01/1988 |
| **Employer Name:** | K MART |
| **Location:** | CA |
| **Date Reported:** | 02/01/1986 |

Special Notes: The display of your Social Security number has been abbreviated and your account numbers have been modified in this report for your protection. You may request disclosure of your full Social Security number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MEDICAL-', it includes medical information and the data following 'MEDICAL-' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|-----|---|-----|---------|---------|---------|----------|
| **Not Applicable** | **Unknown** | **Current** | **30 days late** | **60 days late** | **90 days late** | **120 days late** |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors.

### UNITED MORTGAGE & LOAN    #3060****

7621 LITTLE AVE
SUITE 426
CHARLOTTE, NC 28226
(800) 333-5283 x2444

| | |
|---|---|
| **Balance:** | $0 |
| **Date Verified:** | 12/01/2008 |
| **High Balance:** | $19,718 |
| **Last Payment:** | 11/21/2008 |

| | |
|---|---|
| **Pay Status:** | >Account 30 Days Past Due Date< |
| **Account Type:** | Mortgage Account |
| **Responsibility:** | Participant on Account |
| **Terms:** | $359 Monthly for 180 months |
| **Date Opened:** | 02/20/2002 |
| **Date Closed:** | 12/01/2008 |

**Loan Type:** SECOND MORTGAGE
**Remarks:** SIMPLE INTEREST LOAN
**Estimated month and year that this item will be removed:** 10/2015

| Late Payments (4 months) | | Last 4 months | OK nov | OK oct | OK sep | OK aug |
|---|---|---|---|---|---|---|
| 30 | 60 | 90 | | | | |
| 0 | 0 | 0 | | | | |

LARSON   0003

## Satisfactory Accounts

The following accounts are reported with no adverse information.

### BANK OF AMERICA  #480011319951****

P O BOX 15026
WILMINGTON, DE 19850
(800) 421-2110

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 10/12/2011 |
| High Balance: | $1,641 |
| Credit Limit: | $2,000 |
| Last Payment: | 09/19/2011 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 08/08/2005 |
| Date Paid: | 09/19/2011 |

**Loan Type:** CREDIT CARD

| Late Payments | | Last 48 months |
|---|---|---|
| (48 months) | | |
| 30  60  90 | | |
| 0    0    0 | | |

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
sep aug jul jun may apr mar feb '11 dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct
OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
sep aug jul jun may apr mar feb '09 dec nov oct sep aug jul jun may apr mar feb '08 dec nov oct

### CHEVRON  #100478****

2005 DIAMOND BLVD ROOM
CONCORD, CA 94520
(800) 243-8766

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 04/01/2008 |
| High Balance: | $304 |
| Credit Limit: | $300 |
| Last Payment: | 03/14/2008 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 07/03/2007 |
| Date Closed: | 12/07/2007 |

**Loan Type:** CREDIT CARD
**Remarks:** PURCHASED BY ANOTHER LENDER

| Late Payments | | Last 8 months |
|---|---|---|
| (8 months) | | |
| 30  60  90 | | |
| 0    0    0 | | |

OK OK OK OK OK OK OK OK OK
mar feb '08 dec nov oct sep aug

### DSNB/MACYS  #440606417****

PO BOX 8218
MASON, OH 45040
(800) 243-6552

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 09/26/2011 |
| Last Payment: | 07/16/2010 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 11/27/2008 |
| Date Paid: | 07/16/2010 |

**Loan Type:** CHARGE ACCOUNT

| Late Payments | | Last 34 months |
|---|---|---|
| (34 months) | | |
| 30  60  90 | | |
| 0    0    0 | | |

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
aug jul jun may apr mar feb '11 dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct sep
OK OK OK OK OK OK OK OK OK
aug jul jun may apr mar feb '09 dec nov

### GECRB/DISCOUNT TIRE  #601918007940****

C/O PO BOX 965036
ORLANDO, FL 32896-5036
(800) 250-5411

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 10/18/2011 |
| High Balance: | $492 |
| Credit Limit: | $500 |
| Last Payment: | 04/14/2010 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 03/18/2008 |
| Date Paid: | 04/14/2010 |

**Loan Type:** CHARGE ACCOUNT

| Late Payments | | Last 42 months |
|---|---|---|
| (42 months) | | |
| 30  60  90 | | |
| 0    0    0 | | |

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
sep aug jul jun may apr mar feb '11 dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct
OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
sep aug jul jun may apr mar feb '09 dec nov oct sep aug jul jun may apr

LARSON  0004

## GECRB/WALMART   #603220141183****

PO BOX 965024
ORLANDO, FL 32896-5024
(877) 294-7880

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 12/25/2009 |
| High Balance: | $410 |
| Credit Limit: | $430 |
| Last Payment: | 11/18/2009 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 07/02/2007 |
| Date Closed: | 12/25/2009 |

**Loan Type:** CHARGE ACCOUNT
**Remarks:** ACCT CLOSED DUE TO TRANSFER

**Late Payments**
(29 months)

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

**Last 29 months**

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
nov oct sep aug jul jun may apr mar feb '09 dec nov oct sep aug jul jun may apr mar feb '08 dec
OK OK OK OK OK
nov oct sep aug jul

## GECRB/WALMART DUAL CARD   #601131700004****

P O BOX 965024
ORLANDO, FL 32896-5024
(866) 611-1148

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 10/19/2011 |
| High Balance: | $801 |
| Credit Limit: | $2,500 |
| Last Payment: | 03/22/2011 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 12/13/2009 |
| Date Paid: | 03/22/2011 |

**Loan Type:** CREDIT CARD

**Late Payments**
(23 months)

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

**Last 23 months**

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
sep aug jul jun may apr mar feb '11 dec nov oct sep aug jul jun may apr mar feb '10 dec nov

## GEMB/CHEVRON PLCC   #706159100296****

P.O BOX 965015
ORLANDO, FL 32896-5015
(800) 243-8766

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 10/18/2011 |
| High Balance: | $952 |
| Credit Limit: | $1,600 |
| Last Payment: | 09/26/2011 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 07/03/2007 |
| Date Paid: | 09/26/2011 |

**Loan Type:** CHARGE ACCOUNT

**Late Payments**
(48 months)

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

**Last 48 months**

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
sep aug jul jun may apr mar feb '11 dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct
OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
sep aug jul jun may apr mar feb '09 dec nov oct sep aug jul jun may apr mar feb '08 dec nov oct

## GREEN TREE  #1830****

POB 6172
RAPID CITY, SD 55709
(800) 643-0202

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 09/30/2009 |
| High Balance: | $35,475 |
| Last Payment: | 09/30/2009 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Installment Account |
| Responsibility: | Joint Account |
| Terms: | $407 Monthly for 188 months |
| Date Opened: | 12/16/1992 |
| Date Closed: | 09/30/2009 |

**Loan Type:** SECURED
**Remarks:** CLOSED

**Late Payments**
(48 months)

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

**Last 48 months**

OK OK OK OK X OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
aug jul jun may apr mar feb '09 dec nov oct sep aug jul jun may apr mar feb '08 dec nov oct sep
OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
aug jul jun may apr mar feb '07 dec nov oct sep aug jul jun may apr mar feb '06 dec nov oct sep

LARSON   0005

### GECRB/JC PENNEY   #600889636621****

PO BOX 965001
ORLANDO, FL 32896-5001
(800) 542-0800

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 09/30/2011 |
| High Balance: | $1,530 |
| Credit Limit: | $3,150 |
| Last Payment: | 09/29/2011 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 07/19/2004 |
| Date Paid: | 09/29/2011 |

**Loan Type:** CHARGE ACCOUNT

**Late Payments**
(48 months)

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

**Last 48 months**

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
aug jul jun may apr mar feb '11 dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct sep

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
aug jul jun may apr mar feb '09 dec nov oct sep aug jul jun may apr mar feb '08 dec nov oct sep

---

### GECRB/LOWES BRC   #798192405486****

PO BOX 965005
ORLANDO, FL 32896-5005
(800) 444-1408

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 10/12/2011 |
| High Balance: | $33 |
| Credit Limit: | $1,750 |
| Last Payment: | 01/19/2011 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 10/06/2009 |
| Date Paid: | 01/19/2011 |

**Loan Type:** CHARGE ACCOUNT

**Late Payments**
(24 months)

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

**Last 24 months**

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
sep aug jul jun may apr mar feb '11 dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct

---

### GECRB/OLD NAVY   #601859639461****

PO BOX 965005
ORLANDO, FL 32896-5005
(877) 222-6868

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 09/28/2011 |
| High Balance: | $0 |
| Credit Limit: | $124 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 09/24/2009 |
| Date Closed: | 09/28/2011 |

**Loan Type:** CHARGE ACCOUNT
**Remarks:** CLOSED

**Late Payments**
(24 months)

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

**Last 24 months**

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
aug jul jun may apr mar feb '11 dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct sep

---

### GECRB/TJX CO PLCC   #604585201194****

PO BOX 965015
ORLANDO, FL 32896
Phone number not available

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 09/23/2011 |
| High Balance: | $139 |
| Credit Limit: | $700 |
| Last Payment: | 07/02/2010 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 10/19/2009 |
| Date Paid: | 07/02/2010 |

**Loan Type:** CHARGE ACCOUNT

**Late Payments**
(22 months)

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

**Last 22 months**

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
aug jul jun may apr mar feb '11 dec nov oct sep aug jul jun may apr mar feb '10 dec nov

LARSON   0006

## JCB INTL CRDT CRD CO LTD    #356614011488****

700 S FLOWER STREET
SUITE 1000
LOS ANGELES, CA 90017-3209
(213) 629-8111

| | | |
|---|---|---|
| **Balance:** | $0 | |
| **Date Updated:** | 09/30/2011 | |
| **High Balance:** | $499 | |
| **Credit Limit:** | $2,000 | |
| **Last Payment:** | 09/16/2011 | |

| | |
|---|---|
| **Pay Status:** | Current; Paid or Paying as Agreed |
| **Account Type:** | Revolving Account |
| **Responsibility:** | Individual Account |
| **Date Opened:** | 09/30/2010 |
| **Date Paid:** | 09/16/2011 |

**Loan Type:** CREDIT CARD

| Late Payments<br>(12 months) | | Last 12<br>months | OK OK OK OK OK OK OK OK OK OK OK OK |
|---|---|---|---|
| 30 | 60 | 90 | aug jul jun may apr mar feb '11 dec nov oct sep |
| 0 | 0 | 0 | |

## KAY JEWELERS    #311138****

375 GHENT RD
FAIRLAWN, OH 44333-4601
(800) 877-3616

| | |
|---|---|
| **Balance:** | $0 |
| **Date Updated:** | 10/20/2011 |
| **High Balance:** | $288 |
| **Credit Limit:** | $5,800 |
| **Last Payment:** | 12/23/2010 |

| | |
|---|---|
| **Pay Status:** | Current; Paid or Paying as Agreed |
| **Account Type:** | Revolving Account |
| **Responsibility:** | Joint Account |
| **Date Opened:** | 10/28/2009 |
| **Date Paid:** | 12/23/2010 |

**Loan Type:** CHARGE ACCOUNT

| Late Payments<br>(24 months) | | Last 24<br>months | OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK |
|---|---|---|---|
| 30 | 60 | 90 | sep aug jul jun may apr mar feb '11 dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct |
| 0 | 0 | 0 | |

## KOHLS DEPARTMENT STORE    #5513017****

PO BOX 3115
MILWAUKEE, WI 53201
(800) 564-5740

| | |
|---|---|
| **Balance:** | $0 |
| **Date Updated:** | 10/15/2011 |
| **High Balance:** | $127 |
| **Credit Limit:** | $800 |
| **Last Payment:** | 07/09/2010 |

| | |
|---|---|
| **Pay Status:** | Current; Paid or Paying as Agreed |
| **Account Type:** | Revolving Account |
| **Responsibility:** | Individual Account |
| **Date Opened:** | 10/07/2009 |
| **Date Paid:** | 07/09/2010 |

**Loan Type:** CHARGE ACCOUNT

| Late Payments<br>(25 months) | | Last 25<br>months | OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK |
|---|---|---|---|
| 30 | 60 | 90 | sep aug jul jun may apr mar feb '11 dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct sep |
| 0 | 0 | 0 | |

## NUVISION FINANCIAL FCU-C    #499173000000****

PO BOX 77404
EWING, NJ 08628
(888) 262-0457

| | |
|---|---|
| **Balance:** | $0 |
| **Date Updated:** | 08/05/2011 |
| **High Balance:** | $1,080 |
| **Credit Limit:** | $2,000 |
| **Last Payment:** | 07/01/2011 |

| | |
|---|---|
| **Pay Status:** | Current; Paid or Paying as Agreed |
| **Account Type:** | Revolving Account |
| **Responsibility:** | Individual Account |
| **Date Opened:** | 01/09/2009 |
| **Date Paid:** | 07/01/2011 |

**Loan Type:** CREDIT CARD

| Late Payments<br>(23 months) | | Last 23<br>months | OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK |
|---|---|---|---|
| 30 | 60 | 90 | jul jun may apr mar feb '11 dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct sep |
| 0 | 0 | 0 | |

LARSON    0007

## HSBC BANK   #526835018420****

PO BOX 5253
CAROL STREAM, IL 60197
Phone number not available

| | |
|---|---|
| Balance: | $39 |
| Date Updated: | 10/18/2011 |
| High Balance: | $50 |
| Credit Limit: | $500 |
| Last Payment: | 11/10/2010 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Terms: | Minimum $15 |
| Date Opened: | 09/24/2009 |

**Loan Type:** CREDIT CARD

**Late Payments**
(24 months)

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

**Last 24 months**

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sep | aug | jul | jun | may | apr | mar | feb | '11 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '10 | dec | nov | oct |

## HSBC BANK   #543857007879****

PO BOX 5253
CAROL STREAM, IL 60197
(800) 477-6000

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 09/24/2011 |
| High Balance: | $933 |
| Credit Limit: | $1,750 |
| Last Payment: | 09/10/2011 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 05/02/2005 |
| Date Paid: | 09/10/2011 |

**Loan Type:** CREDIT CARD

**Late Payments**
(48 months)

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

**Last 48 months**

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| aug | jul | jun | may | apr | mar | feb | '11 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '10 | dec | nov | oct | sep |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| aug | jul | jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '08 | dec | nov | oct | sep |

## HSBC BIG LOTS   #252601090004****

POB 5253
CAROL STREAM, IL 60197
Phone number not available

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 08/09/2011 |
| High Balance: | $88 |
| Credit Limit: | $900 |
| Last Payment: | 07/31/2011 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 11/26/2010 |
| Date Paid: | 07/31/2011 |

**Loan Type:** CHARGE ACCOUNT

**Late Payments**
(8 months)

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

**Last 8 months**

| OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|
| jul | jun | may | apr | mar | feb | '11 | dec |

## HSBC BIG LOTS   #252601010228****

POB 5253
CAROL STREAM, IL 60197
Phone number not available

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 12/08/2010 |
| High Balance: | $0 |
| Credit Limit: | $900 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 11/26/2010 |
| Date Closed: | 12/08/2010 |

**Loan Type:** CHARGE ACCOUNT
**Remarks:** CREDIT CARD LOST OR STOLEN

LARSON   0008

## SHELL/CITIBANK CBNA   #18731****

PO BOX 6497
SIOUX FALLS, SD 57117-6497
(800) 331-3703

| | |
|---|---|
| Balance: | $134 |
| Date Updated: | 09/29/2011 |
| High Balance: | $583 |
| Credit Limit: | $900 |
| Last Payment: | 06/23/2011 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Terms: | Minimum $10 |
| Date Opened: | 10/09/2009 |

**Loan Type:** CREDIT CARD

**Late Payments**
(23 months)

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

**Last 23 months**

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
aug jul jun may apr mar feb '11 dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct

## STAPLES-C/CBNA   #603551793543****

POB 6497
SIOUX FALLS, SD 57117-6497
Phone number not available

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 10/08/2011 |
| High Balance: | $3 |
| Credit Limit: | $500 |
| Last Payment: | 07/16/2010 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 09/26/2009 |
| Date Paid: | 07/16/2010 |

**Loan Type:** CHARGE ACCOUNT

**Late Payments**
(24 months)

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

**Last 24 months**

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
sep aug jul jun may apr mar feb '11 dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct

## THE HOME DEPOT/CBNA   #603532030433****

PO BOX 6497
SIOUX FALLS, SD 57117-6497
(800) 677-0232

| | |
|---|---|
| Balance: | $110 |
| Date Updated: | 10/14/2011 |
| High Balance: | $704 |
| Credit Limit: | $3,300 |
| Last Payment: | 09/29/2011 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Terms: | Minimum $25 |
| Date Opened: | 01/28/2009 |

**Loan Type:** CHARGE ACCOUNT

**Late Payments**
(32 months)

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

**Last 32 months**

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
sep aug jul jun may apr mar feb '11 dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct
OK OK OK OK OK OK OK OK
sep aug jul jun may apr mar feb

## TNB-TARGET   #31912****

P O BOX 673
MINNEAPOLIS, MN 55440-0673
(800) 659-2396

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 09/28/2011 |
| High Balance: | $311 |
| Credit Limit: | $300 |
| Last Payment: | 08/01/2011 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 08/30/2004 |
| Date Paid: | 08/01/2011 |

**Loan Type:** CREDIT CARD

**Late Payments**
(48 months)

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

**Last 48 months**

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
aug jul jun may apr mar feb '11 dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct sep
OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
aug jul jun may apr mar feb '09 dec nov oct sep aug jul jun may apr mar feb '08 dec nov oct sep

LARSON   0009

## WF FINANCIAL CARDS    #604870000629****

CSCL DSP TM MAC N8235-04M
P O BOX 14517
DES MOINES, IA 50306
Phone number not available

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 10/21/2011 |
| High Balance: | $4,189 |
| Credit Limit: | $5,000 |
| Last Payment: | 08/13/2010 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Joint Account |
| Date Opened: | 11/26/2008 |
| Date Closed: | 07/26/2011 |
| Date Paid: | 08/13/2010 |

**Loan Type:** CREDIT CARD
**Remarks:** ACCOUNT CLOSED BY CONSUMER

**Late Payments**
(34 months)

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

**Last 34 months**

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sep | aug | jul | jun | may | apr | mar | feb | '11 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '10 | dec | nov | oct |

| OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|
| sep | aug | jul | jun | may | apr | mar | feb | '09 | dec |

## WFCB/OSH    #578098001066****

PO BOX 182120
COLUMBUS, OH 43218-2120
Phone number not available

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 07/28/2010 |
| High Balance: | $98 |
| Credit Limit: | $5,000 |
| Last Payment: | 04/08/2010 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 10/08/2009 |
| Date Paid: | 04/08/2010 |

**Loan Type:** CHARGE ACCOUNT

**Late Payments**
(9 months)

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

**Last 9 months**

| OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '10 | dec | nov | oct |

## WFFNB/LINDERS FURNITURE    #577442119001****

CSCL DSP TM MAC N8235-04M
P O BOX 14517
DES MOINES, IA 50306
Phone number not available

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 03/20/2011 |
| High Balance: | $0 |
| Credit Limit: | $2,500 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 09/19/2008 |
| Date Closed: | 07/20/2010 |

**Loan Type:** CHARGE ACCOUNT
**Remarks:** CLOSED BY CREDIT GRANTOR

**Late Payments**
(18 months)

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

**Last 18 months**

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | X | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| feb | '11 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '10 | dec | nov | oct | sep |

## Wells Fargo Financial Na    #577442194020****

CSCL DSP TM MAC N8235-04M
POB 14517
DES MOINES, IA 50306
Phone number not available

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 10/11/2011 |
| High Balance: | $547 |
| Credit Limit: | $1,600 |
| Last Payment: | 06/17/2011 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 05/08/2010 |
| Date Paid: | 06/17/2011 |

**Loan Type:** CHARGE ACCOUNT

**Late Payments**
(17 months)

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

**Last 17 months**

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sep | aug | jul | jun | may | apr | mar | feb | '11 | dec | nov | oct | sep | aug | jul | jun | may |

LARSON    0010

## ZALE/CBNA   #603525106968****

PO BOX 6497
SIOUX FALLS, SD 57117-6497
(800) 586-6923

| | | | |
|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | Current; Paid or Paying as Agreed |
| **Date Updated:** | 10/10/2011 | | |
| **High Balance:** | $0 | **Account Type:** | Revolving Account |
| **Credit Limit:** | $2,000 | **Responsibility:** | Individual Account |
| | | **Date Opened:** | 10/30/2009 |
| | | **Date Closed:** | 10/08/2010 |

**Loan Type:** CHARGE ACCOUNT
**Remarks:** CLOSED BY CREDIT GRANTOR

**Late Payments**
(23 months)

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

**Last 23 months**

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sep | aug | jul | jun | may | apr | mar | feb | '11 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '10 | dec | nov |

LARSON    0011

## Regular Inquiries

The following companies have received your credit report. Their inquiries remain on your credit report for two years.

**CITIBANK NA**

110 LAKE DRIVE
NEWARK, DE 19702
(302) 633-7138

| | |
|---|---|
| **Requested On:** | 08/08/2011 |
| **InquiryType:** | Individual |

**WELLS FARGO FINANCIAL NA**

MAC N8235-04M
PO BOX 14517
DES MOINES, IA 50306
(800) 231-5089

| | |
|---|---|
| **Requested On:** | 05/08/2010 |
| **InquiryType:** | Individual |

**WELLS FARGO FIN CARD**

PO BOX 14517
DES MOINES, IA 50306
(800) 642-4720

| | |
|---|---|
| **Requested On:** | 12/07/2009 |
| **InquiryType:** | Individual |

LARSON   0012

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any credit score (except insurance companies may have access to other insurance company inquiries and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

**GECRB/WALMART**
4125 WINDWARD PLAZ
ALPHARETTA, GA 30005
Phone number not available
**Requested On:** 10/26/2011, 10/26/2011, 10/26/2011,
10/26/2011, 10/26/2011, 10/26/2011, 10/26/2011, 10/26/2011,
10/26/2011, 10/26/2011, 10/26/2011, 10/26/2011, 10/26/2011,
10/26/2011, 10/26/2011
**Permissible Purpose:** CREDIT TRANSACTION

**US BANK CORP**
US BANK DDA
ST PAUL, MN 55116
(800) 872-2657
**Requested On:** 10/26/2011

**BANK OF AMERICA**
4161 PIEDMONT PKWY
1825 E BUCKEYE RD
GREENSBORO, NC 27410
(800) 451-6362
**Requested On:** 10/18/2011

**GECRB/DISCOUNT TIRE**
C/O PO BOX 965036
ORLANDO, FL 32896-5036
(800) 250-5411
**Requested On:** 09/29/2011

**GECRB/JC PENNEY**
PO BOX 965001
ORLANDO, FL 32896-5001
(800) 542-0800
**Requested On:** 09/29/2011

**GECRB/LOWES BRC**
PO BOX 965005
ORLANDO, FL 32896-5005
(800) 444-1408
**Requested On:** 09/29/2011

**GECRB/OLD NAVY**
PO BOX 965005
ORLANDO, FL 32896-5005
(877) 222-6868
**Requested On:** 09/29/2011

**GECRB/TJX CO PLCC**
PO BOX 965015
ORLANDO, FL 32896
Phone number not available
**Requested On:** 09/29/2011

**GEMB/CHEVRON PLCC**
P.O BOX 965015
ORLANDO, FL 32896-5015
(800) 243-8766
**Requested On:** 09/29/2011

**GECRB/WALMART DUAL CARD**
P O BOX 965024
ORLANDO, FL 32896-5024
(866) 611-1148
**Requested On:** 09/28/2011

**STERLING JEWELERS / CRED**
375 GHENT RD
FAIRLAWN, OH 44333-4601
Phone number not available
**Requested On:** 09/01/2011

**FACTACT FREE DISCLOSURE**
P O BOX 1000
CHESTER, PA 19022
(800) 888-4213
**Requested On:** 08/11/2011, 12/04/2009

**TU INTERACTIVE**
100 CROSS ST
#202
SAN LUIS OBISP, CA 93401
Phone number not available
**Requested On:** 08/11/2011

**PORTFOLIO RECOVERY ASSOC**
140 CORPORATE BLVD
NORFOLK, VA 23502
Phone number not available
**Requested On:** 08/09/2011

**FIA CSNA**
P O BOX 15026
WILMINGTON, DE 19850
(800) 421-2110
**Requested On:** 08/01/2011

**NORWEST FNCL/WELLS FARGO**
800 WALNUT ST
DES MOINES, IA 50309
(605) 336-3933
**Requested On:** 07/01/2011

**WELLS FARGO FINANCIAL BR**
206 8TH ST
DES MOINES, IA 50309-3805
(800) 346-3009
**Requested On:** 07/01/2011

**PRIVTE LABL RETL/CITI NA**
POB 6497
SIOUX FALLS, SD 57117
(423) 467-8484
**Requested On:** 01/01/2011

**SHELL/CITIBANK NA**
POB 6497
SIOUX FALLS, SD 57117
(800) 331-3703
**Requested On:** 01/01/2011

**THE HOME DEPOT-CITI NA**
POB 6497
SIOUX FALLS, SD 57117
(800) 677-0232
**Requested On:** 01/01/2011

**B L  via  KARMA/TRANSUNION INTERAC**
100 CROSS STREET
SAN LUIS OBISP, CA 93401
(805) 782-8282
**Requested On:** 12/05/2010
**Permissible Purpose:** CONSUMER REQUEST

**PORTFOLIO RECOVERY ASSOC**
120 CORPORATE BLVD
NORFOLK, VA 23502
Phone number not available
**Requested On:** 09/24/2010

LARSON   0013

**PORTFOLIO RECOVERY ASSO**
140 CORPORATE BLVD
NORFOLK, VA 23502
**Phone number not available**
**Requested On:** 07/20/2010

LARSON   0014

## Credit Report Messages

Your credit report contains the following messages.

**PROMOTIONAL OPT-OUT:** This file has been opted out of promotional lists supplied by TransUnion.
(Note: This opt-out has no expiration date.)


                              –**End of Credit Report**–


## Should you wish to contact TransUnion, you may do so,

**Online:**
To learn about reporting an inaccuracy click here.
For answers to general questions, please visit: www.transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

LARSON   0015

**-Begin Additional Information-**

## Additional Information

The following disclosure of information is provided as a courtesy to you. This information is not part of your TransUnion credit report, but may be provided when TransUnion receives an inquiry about you from an authorized party. This additional information can include Special Messages, Possible OFAC Name Matches, Income Verification and Inquiry Analysis Information. Any of the previously listed information that pertains to you will be listed below.

## Possible OFAC Match

The OFAC Database contains a list of individuals and entities that are prohibited by the U.S. Department of Treasury from doing business in or with the United States. Financial institutions are required to check customers' names against the OFAC Database, and if a potential name match is found, to verify whether their potential customer is the person on the OFAC Database. For this reason, some financial institutions may ask for your date of birth, or they may ask to see a copy of a government-issued form of identification, such as a Driver's License, Social Security card, passport or birth certificate. Some financial institutions will search names against this database themselves, or they may ask another company, such as TransUnion, to do so on their behalf. We want you to know that this information may be provided to such authorized parties.

As a courtesy to you, we also want to make you aware that the name that appears on your TransUnion credit file **"BRIAN DOUGLAS LARSON"** is considered a *potential* match to information listed on the United States Department of Treasury's Office of Foreign Asset Control **("OFAC") Database.**

**The OFAC record that is considered a potential match to the name on your credit file is:**

For more details regarding the OFAC Database, please visit: http://www.ustreas.gov/offices/enforcement/ofac/faq/index.shtml

If you have additional questions or concerns, you can contact TransUnion at 1-855-525-5176 or via regular mail at: TransUnion LLC, P.O. Box 800, Woodlyn, PA 19094. When contacting our office, please provide your current file number 312163307.

## Inquiry Analysis

The companies that request your credit report must first provide certain information about you. Within the past 90 days, companies that requested your report provided the following information.

**CITIBANK NA**
**Requested On:** 08/08/2011

**Identifying information they provided:**
BRIAN D. LARSON

**-End of Additional Information-**

## Consumer Rights

LARSON   0016

*Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A, 600 Pennsylvania Ave., N.W., Washington, D.C. 20580.*

## A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit, or write to Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave., N.W., Washington. D.C. 20580.**

**You must be told if information in your file has been used against you.**
Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment -- or to take another adverse action against you -- must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.**
You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security Number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for more information.

**You have the right to ask for a credit score.**
Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.**
If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.**
Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, the consumer reporting agency is not required to remove accurate derogatory information from your file unless it is outdated (as described below) or cannot be verified. A consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.**
In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.**
A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.**
A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.**
Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688 (888-5OPTOUT).

**You may seek damages from violators.**
If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.**
For more information, visit www.ftc.gov/credit.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below. | Federal Trade Commission<br>Consumer Response Center - FCRA<br>Washington, DC 20580<br>1-877-382-4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency<br>Compliance Management, Mail Stop 6-6<br>Washington, DC 20219<br>1-800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Consumer Help<br>PO Box 1200<br>Minneapolis, MN 55480<br>1-202-452-3693 |

LARSON 0017

| | |
|---|---|
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision<br>Consumer Complaints<br>Washington, DC 20552<br>1-800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration<br>1775 Duke Street<br>Alexandria, VA 22314<br>1-703-519-4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation<br>Consumer Response Center<br>2345 Grand Avenue, Suite 100<br>Kansas City, Missouri 64108-2638<br>1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation<br>Office of Financial Management<br>Washington, DC 20590<br>1-202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture<br>Office of Deputy Administrator - GIPSA<br>Washington, DC 20250<br>1-202-720-7051 |

your products | your account | privacy | help | terms of use | logout

©Copyright 2011 TransUnion, LLC. All Rights Reserved.

LARSON   0018