# EXHIBIT 8

Exhibit 8 to Declaration of John Soumilas, Esq. in Support of Plaintiff's Motion to Certify Class
Larson v. Trans Union, LLC,  No. 12-cv-05726

ANDERSON, OGILVIE & BREWER, LLP
ANDREW J. OGILVIE
600 California Street, 18th Floor
San Francisco, CA 94108
Telephone: 415-651-1952
Facsimile: 415-956-3233
Email: andy@aoblawyers.com

FRANCIS & MAILMAN, P.C.
JOHN SOUMILAS (*Pro Hac Vice*)
jsoumilas@consumerlawfirm.com
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000
Email: jsoumilas@consumerlawfirm.com

Attorneys for Plaintiff
BRIAN DOUGLAS LARSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

Case No. 3:12-cv-05726-

BRIAN DOUGLAS LARSON, on behalf of himself and all others similarly situated,

      Plaintiff,

     v.

TRANS UNION, LLC,

      Defendant.

1

## NOTICE OF DEPOSITION

2

3    TO:    Stephen J. Newman, Esquire
           Jason S. Yoo, Esquire
4          Stroock & Stroock & Lavan LLP
           2029 Century Park East, Suite 1600
5          Los Angeles, CA 90067

6

7    PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of

8    Civil Procedure, Plaintiff Brian Douglas Larson, by and through his undersigned

9    counsel, will take the deposition of a Corporate Representative of Trans Union,

10   LLC ("Trans Union"), who is knowledgeable of and can provide binding testimony

11

12   as to:

13      (A)     The total number of natural persons in the State of California to whom

14

15              Defendant provided a Personal Credit Report containing an OFAC message,

16              from September 11, 2010 to the present, and Defendant's methods for

17              determining this number.

18

19      (B)     Trans Union's policies and procedures for online communication of

20              information to consumers concerning OFAC alerts or other OFAC-related

21

22              information from February 2008 until the present, including but not limited

23              to:

24                 1. all format(s) in which Trans Union identifies OFAC records

25                    associated with consumers;

26

27                 2. when, if ever, this format was changed by Trans Union;

28                 3. why and how it was changed;

2

4. who directed and implemented any changes;

5. the alleged "coding error" described in your responses to Plaintiff's Interrogatory No. 9;

6. the current format in which Trans Union identifies OFAC records associated with consumers.

(C)     Trans Union's quality control measures and testing for online communication of information to consumers concerning OFAC alerts or other OFAC-related information from February 2008 until the present.

(D)     The chronology and logistics of any changes that Trans Union made to any of its file disclosure practices as a result of *Cortez v. Trans Union, LLC*, 617 F.3d 688 (3d Cir. 2010), from August 2010 until the present.

(E)     Trans Union's sale of any OFAC alert or OFAC-related information on any report sold to any third party about Plaintiff from February 2007 until the present.

(F)     Trans Union's communications with Plaintiff from February 2008 until the present.

The deposition will be taken by stenographic means and video before a person duly authorized to administer oaths, at Francis & Mailman, P.C., Land Title

3

1   Building, 19th Floor, 100 South Broad Street, Philadelphia, PA 19110,

2   commencing on September 23, 2014 at 10:00 am local time.

3

4                           **FRANCIS & MAILMAN, P.C.**

5

6

7                           JAMES A. FRANCIS (*pro hac vice*)
                            JOHN SOUMILAS (*pro hac vice*)
8                           **FRANCIS & MAILMAN, P.C.**
                            Land Title Building, 19th Floor
9                           100 South Broad Street
                            Philadelphia, PA 19110
10                          Telephone: (215) 735-8600
                            Facsimile: (215) 940-8000
11

12

13                          ANDREW J. OGILVIE
                            **ANDERSON, OGILVIE & BREWER, LLP**
14                          andy@aoblawyers.com
                            600 California Street, 18th Floor
15                          San Francisco, CA 94108
                            Telephone: (415) 651-1952
16                          Facsimile: (415)956-3233

17   Dated: September 12, 2014

18

19

20

21

22

23

24

25

26

27

28

                                        4

Andrew J. Ogilvie
andy@aoblawyers.com
**ANDERSON, OGILVIE & BREWER, LLP**
600 California Street, 18th Floor
San Francisco, CA  94108
Telephone:  (415) 651-1952
Facsimile:  (415)956-3233

John Soumilas (*pro hac vice*)
jsoumilas@consumerlawfirm.com
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110
Telephone:  (215) 735-8600
Facsimile:  (215) 940-8000

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRAIN DOUGLAS LARSON, on behalf of himself and all others similarly situated,**<br><br>**Plaintiff,**<br>**v.**<br><br>**TRANS UNION LLC**<br><br>**Defendant.** | Case No.: 3:12-cv-05726-<br><br>**CERTIFICATE OF SERVICE** |

I, John Soumilas, declare I am a citizen of the United States and employed in Philadelphia, Pennsylvania.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 100 South Broad Street, Philadelphia, PA 19110.  On **September 12, 2014**, I electronically served Plaintiff's Notice of Deposition pursuant to Rule 30(b)(6) of the Federal Rules of

1
2
Civil Procedure upon counsel of record:

3
4
5
Stephen J. Newman, Esquire
Stroock & Lavan LLP
2029 Century Park East, Suite
Los Angeles, CA 90067-3012

6
*Attorney for Defendant*

7
8
9
Executed on **September 12, 2014**, at Philadelphia, PA.

10
11
12
JOHN SOUMILAS

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6