STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
BRIAN C. FRONTINO (State Bar No. 222032)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone:  310-556-5800
Facsimile:   310-556-5959
Email: lacalendar@stroock.com

SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY
BRUCE S. LUCKMAN (Admitted Pro Hac Vice)
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Telephone:    856-662-0700
Email: bluckman@shermansilverstein.com

Attorneys for Defendant
  TRANS UNION LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN DOUGLAS LARSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. 3:12-cv-05726-JSC<br><br>[Assigned to the Hon. William H. Orrick]<br><br>**[PROPOSED] ORDER GRANTING TRANS UNION LLC'S MOTION FOR SUMMARY JUDGMENT ON TRANS UNION LLC'S THIRD AFFIRMATIVE DEFENSE** |

**[PROPOSED] ORDER**

Having considered the Motion of defendant Trans Union LLC ("TransUnion") for Summary Judgment on its Third Affirmative Defense (the "Motion"), the pleadings and papers filed by the parties in connection therewith, and all other matters presented to the Court, and good cause having been shown:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.  There is no genuine issue of material fact and TransUnion is entitled to judgment as a matter of law because it violated no "requirement" of the Fair Credit Reporting Act as to plaintiff Brian Douglas Larson, individually ("Plaintiff").  Plaintiff had no right to a free file disclosure and never paid a fee to obtain the only file disclosure upon which he sues.  TransUnion's Third Affirmative Defense is valid.  Plaintiff shall take nothing on his Amended Complaint, and judgment in favor of TransUnion shall be entered forthwith.  Plaintiff's Motion for Class Certification is denied as moot, and the Court expresses no opinion on the validity or invalidity of claims that might be pursued by any person other than Plaintiff himself, individually.

**IT IS SO ORDERED.**

Dated: _____

The Honorable William H. Orrick
United States District Judge

- 1 -

[PROPOSED] ORDER GRANTING TRANS UNION LLC'S MOTION FOR SUMMARY JUDGMENT ON TRANS UNION LLC'S THIRD AFFIRMATIVE DEFENSE
Case No. 3:12-cv-05726

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2015, a copy of the foregoing **[PROPOSED] ORDER GRANTING TRANS UNION LLC'S MOTION FOR SUMMARY JUDGMENT ON TRANS UNION LLC'S THIRD AFFIRMATIVE DEFENSE** was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

/s/ *Stephen J. Newman*
Stephen J. Newman