UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN DOUGLAS LARSON,

    Plaintiff,

    v.

TRANS UNION , LLC,

    Defendant.

Case No. 12-cv-05726-WHO

**ORDER REGARDING SUPPLEMENTAL DECLARATION IN RESPONSE TO ORDER DENYING WITHOUT PREJUDICE ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**

Re: Dkt. No. 88

On June 26, 2015, I issued an order that, among other things, denied without prejudice many of the sealing requests made by Trans Union in conjunction with the parties' motions for summary judgment and for class certification. Dkt. No. 86 at 25-27. On July 6, 2014, Trans Union submitted a supplemental declaration in support of sealing. Dkt. No. 88. The declaration substantially narrows Tran Union's sealing requests and provides adequate justification for sealing the information underlying those narrowed requests. Accordingly, the redacted documents attached to the declaration, Dkt. No. 88 at Exs. A-H, may remain in the docket as is. The numerical value on page 17, lines 11 to 12 of the transcript from the May 6, 2015 hearing (Dkt. No. 80) shall be redacted from the public version and shall remain under seal.

**IT IS SO ORDERED**.

Dated: August 2, 2015



WILLIAM H. ORRICK
United States District Judge