UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DOUGLAS LARSON,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANS UNION , LLC,<br><br>    Defendant. | Case No. 12-cv-05726-WHO<br><br>**ORDER LIFTING STAY AND SETTING BRIEFING AND HEARING SCHEDULE**<br><br>Re: Dkt. No. 92 |

As requested by the parties in the joint status report filed on May 31, 2016, the stay in this case is LIFTED, and a briefing and hearing schedule on the parties' supplemental briefing is set as follows:

| | |
|---|---|
| Deadline for defendant's brief: | June 22, 2016 |
| Deadline for plaintiff's brief: | July 8, 2016 |
| Hearing: | July 20, 2016 |

**IT IS SO ORDERED**.

Dated: June 1, 2016

_____
WILLIAM H. ORRICK
United States District Judge