STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
STEPHEN J. NEWMAN (State Bar No. 181570)
BRIAN C. FRONTINO (State Bar No. 222032)
JASON S. YOO (State Bar No. 261114)
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone:  310-556-5800
Facsimile:  310-556-5959
Email: lacalendar@stroock.com

Attorneys for Defendant
  TRANS UNION LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRIAN DOUGLAS LARSON, on behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br><br>   v.<br><br>TRANS UNION, LLC,<br><br>           Defendant. | Case No. 3:12-cv-05726-WHO<br><br>[Assigned to the Hon. William H. Orrick]<br><br>**JOINT APPLICATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff Brian Douglas Larson ("Larson") and Defendant Trans Union LLC ("TransUnion"), through their undersigned counsel, hereby request that: (1) the case management conference currently scheduled for September 13, 2016 at 2:00 p.m., be continued to November 15, 2016 at 2:00 p.m.; and (2) the corresponding deadline to submit their joint case management statement be continued to November 8, 2016. This joint application is based on the following:

1. On August 11, 2016, this Court issued an order (the "Order") granting Larson's Motion for Class Certification (Dkt No. 108);

2. On August 25, 2016, TransUnion filed a petition for permission to appeal the Order to the United States Court of Appeals for the Ninth Circuit pursuant to Fed. R. Civ. P. 23(f) (the "Petition");

3. In view of the foregoing, and in order to allow the Ninth Circuit sufficient time to consider TransUnion's Petition and Larson's response to the Petition, the parties agree that the case management conference currently scheduled for September 13, 2016, and the corresponding joint case management statement submission deadline of September 6, 2016, should be continued for a brief period of time;

4. The parties thus jointly and respectfully request that the further case management conference currently scheduled for September 13, 2016 at 2:00 p.m., be continued to November 15, 2016 at 2:00 p.m., or to such other date as may be convenient for the Court.

5. The parties also request that the corresponding deadline to file their joint case management statement be continued to November 8, 2016, or to such other date as may be convenient for the Court.

-1-

JOINT APPLICATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 12-cv-05726-WHO

LA 52006831

Respectfully submitted,

Dated: August 31, 2016

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
BRIAN C. FRONTINO
JASON S. YOO

SHERMAN SILVERSTEIN KOHL ROSE AND PODOLSKY
BRUCE S. LUCKMAN


By: _____*/s/ Stephen J. Newman*_____
Stephen J. Newman

Attorneys for Defendant
TRANS UNION LLC


Dated: August 31, 2016

ANDERSON, OGILVIE & BREWER, LLP
ANDREW J. OGILVIE
CAROL MCLEAN BREWER

FRANCIS & MAILMAN, P.C.
JOHN SOUMILAS


By: _____*/s/ John Soumilas*_____
John Soumilas

Attorneys for Plaintiff
BRIAN DOUGLAS LARSON

I, Stephen J. Newman, attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 31, 2016

_____*/s/ Stephen J. Newman*_____
Stephen J. Newman

-2-
JOINT APPLICATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 12-cv-05726-WHO

LA 52006831

## ORDER

**IT IS HEREBY ORDERED THAT**: (1) the case management conference currently scheduled for September 13, 2016 at 2:00 p.m., be continued to November 15, 2016 at 2:00 p.m.; and (2) the corresponding deadline for the parties to submit their joint case management statement be continued to November 8, 2016.

**IT IS SO ORDERED.**

Dated: September 2, 2016

_____
Hon. William H. Orrick
United States District Judge

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

JOINT APPLICATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 12-cv-05726-WHO

LA 52006831