STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
STEPHEN J. NEWMAN (State Bar No. 181570)
BRIAN C. FRONTINO (State Bar No. 222032)
JASON S. YOO (State Bar No. 261114)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com

Attorneys for Defendant
  TRANS UNION LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRIAN DOUGLAS LARSON, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRANS UNION, LLC,<br><br>　　　　　Defendant. | Case No. 12-cv-05726-WHO<br><br>[Assigned to the Hon. William H. Orrick]<br><br>**STIPULATION AND ORDER TO EXTEND VARIOUS CASE DEADLINES** |

WHEREAS, pursuant to the Court's Orders dated December 13, 2016 (Dkt. No. 121) and May 10, 2017 (Dkt. No. 125): (1) the parties are to complete discovery related to third party witness Sanil Gopinathan no later than May 24, 2017; (2) expert witness disclosures shall be submitted by June 7, 2017; (3) rebuttal expert witness disclosures shall be submitted by July 19, 2017; (4) the expert discovery cutoff is scheduled for August 9, 2017; and (5) dispositive motions shall be heard by September 27, 2017;

WHEREAS, counsel for Plaintiff Brian Larson ("Plaintiff") and Defendant Trans Union LLC ("TransUnion") are scheduled to begin a two-week class action trial in a separate OFAC-related matter, Ramirez v. Trans Union LLC, No. 3:12-cv-00632-JSC, on June 12, 2017 before the Hon. Jacqueline Scott Corley of the Northern District of California;

WHEREAS, counsel for Plaintiff and TransUnion will be hard pressed to meet the above deadlines in light of the impending Ramirez trial;

WHEREAS, the parties have agreed to a brief extension of the above deadlines, subject to the Court's approval;

WHEREAS, this Stipulation is the parties' second request for an extension of expert discovery deadlines;

WHEREAS, this Stipulation is made in good faith and not for purposes of delay. Granting this request will not prejudice any party;

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, and subject to the Court's approval, that:

1. The deadline to complete discovery related to third party witness Sanil Gopinathan shall be continued to July 21, 2017.

2. The deadline to submit expert witness disclosures shall be continued to July 28, 2017.

3. The deadline to submit rebuttal expert witness disclosures shall be continued to August 25, 2017.

4. The expert discovery cutoff shall be continued to September 22, 2017.

-1-
STIPULATION AND ORDER TO EXTEND VARIOUS CASE DEADLINES
Case No. 12-cv-05726-WHO

LA 52084589

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

5. The dispositive motion hearing deadline shall be continued to October 25, 2017.

6. The dates for the pretrial conference and trial shall remain unchanged.

IT IS SO STIPULATED.

Dated: May 23, 2017                STROOCK & STROOCK & LAVAN LLP
                                   JULIA B. STRICKLAND
                                   STEPHEN J. NEWMAN
                                   BRIAN C. FRONTINO
                                   JASON S. YOO


                                   By:        */s/ Stephen J. Newman*
                                                  Stephen J. Newman

                                   Attorneys for Defendant
                                     TRANS UNION LLC


Dated: May 23, 2017                ANDERSON, OGILVIE & BREWER, LLP
                                   ANDREW J. OGILVIE
                                   CAROL MCLEAN BREWER

                                   FRANCIS & MAILMAN, P.C.
                                   JOHN SOUMILAS


                                   By:        */s/ John Soumilas*
                                                  John Soumilas

                                   Attorneys for Plaintiff
                                     BRIAN DOUGLAS LARSON

I, Stephen J. Newman, attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 23, 2017                              */s/ Stephen J. Newman*
                                                    Stephen J. Newman

LA 52084589

# **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. The deadline to complete discovery related to third party witness Sanil Gopinathan shall be continued to July 21, 2017.

2. The deadline to submit expert witness disclosures shall be continued to July 28, 2017.

3. The deadline to submit rebuttal expert witness disclosures shall be continued to August 25, 2017.

4. The expert discovery cutoff shall be continued to September 22, 2017.

5. The dispositive motion hearing deadline shall be continued to October 25, 2017.

6. The dates for the pretrial conference and trial shall remain unchanged.

Dated: May 24, 2017

_____
Hon. William H. Orrick
United States District Judge

### **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2017, a copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND VARIOUS CASE DEADLINES** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s/ Stephen J. Newman*
Stephen J. Newman