Andrew J. Ogilvie (SBN 57932)
Carol M. Brewer (SBN 214035)
**OGILVIE & BREWER**
4200 California Street, Suite 100
San Francisco, CA 94118
Telephone: (415) 651-1952
Facsimile: (415) 500-8300
andy@aoblawyers.com
carol@aoblawyers.com

James A. Francis (*pro hac vice*)
John Soumilas (*pro hac vice*)
David A. Searles (*pro hac vice*)
**FRANCIS & MAILMAN, P.C.**
Land Title Building, Suite 1902
100 South Broad Street
Philadelphia PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
dsearles@consumerlawfirm.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN DOUGLAS LARSON, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC,<br><br>Defendant. | CASE NO. 3:12-cv-05726-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON DEFENDANT'S MOTION TO STRIKE** |

**1** WHEREAS, on September 15, 2017, the Parties submitted a stipulation regarding the remaining deadlines in the case, including a briefing schedule regarding dispositive motions, and the Court approved the stipulation on September 19, 2017 (Dkt. No. 144);

WHEREAS, on January 12, 2018, pursuant to the stipulated schedule, Defendant Trans Union, LLC filed its Motion for Summary Judgment (Dkt. No. 150);

WHEREAS, on January 12, 2018, Defendant also filed a Motion to Strike the expert report of Plaintiff's expert witness Rex Black (Dkt. No. 151);

WHEREAS, for the purposes of efficiency and clarity, the Parties agree to brief Defendant's Motion to Strike on the same schedule previously ordered for dispositive motions, and propose that it be heard by the Court on the same date as Defendant's Motion for Summary Judgment;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned counsel of record, that:

1. Plaintiff's response to Defendant's Motion to Strike (Dkt. No. 151) is due February 9, 2018.

2. Defendant's reply in support of its Motion to Strike is due February 23, 2018.

3. The hearing on Defendant's Motion to Strike shall be held on March 14, 2018.

| | | |
|---|---|---|
| Dated: January 24, 2018 | FRANCIS & MAILMAN, P.C | |
| | By: | /s/ John Soumilas |
| | | JAMES A. FRANCIS |
| | | JOHN SOUMILAS |
| | | DAVID A. SEARLES |
| | | Land Title Building, 19th Floor |
| | | 100 S. Broad Street |
| | | Philadelphia, PA 19110 |
| | | (215) 735-8600 |
| | | |
| | | Attorneys for Plaintiff |
| | | BRIAN DOUGLAS LARSON |

STROOCK & STROOCK & LAVAN LLP

By:  /s/ Stephen J. Newman
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
CHRISTINE E. ELLICE
2029 Century Park East, Suite 1600
Los Angeles, California 90067
Phone: (310) 556-5800
Fax: (310) 556-5959
lacalendar@stroock.com

Attorneys for Defendant
TRANS UNION LLC

# [~~PROPOSED~~] ORDER

Based on the foregoing stipulation of the Parties **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's response to Defendant's Motion to Strike (Dkt. No. 151) is due February 9, 2018.
2. Defendant's reply in support of its Motion to Strike is due February 23, 2018.
3. The hearing on Defendant's Motion to Strike shall be held on March 14, 2018.

**IT IS SO ORDERED.**

Dated: January 24, 2018

_____
Hon. William H. Orrick
United States Magistrate Judge