# Exhibit 7

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**Sent:** Thursday, October 27, 2011 9:57 AM
**To:** Garst, James; Lytle, Robert F; Thackrey, John B; Keating, Eric W; Padupanambur, Surya N; Walker, Sean L
**Cc:** Holm, David
**Subject:** RE: TransUnion OFAC Screening

We've delivered ~440K online disclosures since the 'Additional Information' section was added (evening of 9/22), so I'm estimating that about ~150,000 consumers have seen the OFAC header with no OFAC message.



**Jim Garst**
**Program Manager**

TransUnion
555 W Adams St
Chicago IL 60661

Tel: 312 985 2203
Cell: 312 480 1794
transunion.com

---

**From:** Garst, James
**Sent:** Thursday, October 27, 2011 9:38 AM
**To:** Lytle, Robert F; Thackrey, John B; Keating, Eric W; Padupanambur, Surya N; Walker, Sean L
**Subject:** RE: TransUnion OFAC Screening

Bob, the impacted universe is any disclosure that has IA and/or HAWK data. Last week I did an analysis of the disclosures delivered on Thursday 10/20 and found that ~35% of the disclosures had this data. (~8,000 disclosures). I have a way of doing this in Excel, but to identify every single consumer since the Additional Info section went in will take more time (if we need it) I will come up with a rough estimate of how many consumers impacted based on # of disclosures delivered since Additional Info turned on.



**Jim Garst**
**Program Manager**

TransUnion
555 W Adams St
Chicago IL 60661

Tel: 312 985 2203
Cell: 312 480 1794
transunion.com

---

REDACTED

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TU0000575