UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DOUGLAS LARSON,<br><br>   Plaintiff,<br><br>  v.<br><br>TRANS UNION, LLC,<br><br>   Defendant. | Case No. 3:12-cv-05726-WHO<br><br>**JUDGMENT** |
| RONALD J. MILLER,<br><br>   Plaintiff,<br><br>  v.<br><br>TRANS UNION L.L.C.,<br><br>   Defendant. | Case No. 3:18-cv-03280-WHO |

Judgment is entered in accordance with the November 29, 2018 Final Approval Order. 12-cv-5726 Dkt. No. 187; 18-cv-3280 Dkt. No. 170.

**IT IS SO ORDERED.**

Dated: December 3, 2018



William H. Orrick  
United States District Judge